ABRAHAM GOLDBERG, TRADING AS GOLDBERG'S INTER-
NATIONAL MUSIC SHOP, PLAINTIFF-APPELLEE, v.
FRANK CHOMA, DEFENDANT-APPELLANT.

Submitted October 16, 1931—Decided November 23, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the defendant-appellant, *Perlman & Elias* (*Nicholas
O. Beery,* of counsel).

For the plaintiff-appellee, *Robert E. Pollan.*

PER CURIAM.

This is an appeal from a judgment in favor of the plaintiff
given in the Second Judicial District Court of the county of
Bergen. The plaintiff sued to recover the balance due on
the purchase price of a radio equipment sold to the defend-
ant's wife. The trial judge found that the radio was a
necessity. The proofs tend to show that the article was suit-
able in view of the rank, position, fortune, and earning
capacity and mode of living of the husband. The judgment
was, therefore, proper (*Wanamaker* v. *Ulizio,* 102 *N. J. L.*
166), and will be affirmed, with costs.